CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 24 2017

JULIA C. DUDLEY, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRANCES MARY HESS, | )<br>) Civil Action No. 7:16CV00306 |
| Plaintiff, | ) |
| v. | ) **FINAL JUDGMENT AND ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | )<br>) By: Hon. Glen E. Conrad<br>) Chief United States District Judge |
| Defendant. | ) |

For reasons stated in a Memorandum Opinion filed this day, summary judgment is hereby entered for the defendant and it is so

ORDERED.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

ENTER: This 24th day of May, 2017.

_____
Chief United States District Judge